IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LAMONT JOHNSON, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 15-35E |
| vs. | ) | District Judge Barbara Rothstein |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| POLICE OFFICER MOGEL; DETECTIVE | ) | |
| CRAIG GUMP; CHIEF RANDOLPH J. | ) | |
| DETZEL; C.I. THOMAS E. WILLIAMS; | ) | |
| MARSHALL PICCININI, AUSA; | ) | |
| THOMAS TRUCHANOWICZ, ATF; | ) | |
| PATROLMAN ROBERT GRASSO; | ) | |
| ALISON REES *ATF SPECIALIST*; | ) | |
| POLICE OFFICER TAD ACKER; JANIS | ) | |
| L. FERGUSON *NOTARY*, | ) | |
| Defendants. | ) | |

**O R D E R**

AND NOW, this __16th__ day of June, 2015, after Plaintiff James Lamont Johnson filed an

action in the above-captioned case, and after a Report and Recommendation was filed by the

Chief United States Magistrate Judge recommending that the action be dismissed as legally

frivolous in accordance with 28 U.S.C. §1915A, and after Plaintiff was given until June 12,

2015, to file written objections to the Report and Recommendation, and no objections having

been filed, and upon independent review of the record, and upon consideration of the Magistrate

Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this action is dismissed as legally frivolous in

accordance with 28 U.S.C. §1915A.  IT IS FURTHER ORDERED that Plaintiff's pending

Emergency Motion for Preliminary Injunction Freezing Assets and/or Seizing the Property of the

Defendants, ECF No. 3, and pending Motion for Default Judgment, ECF No. 10, are dismissed

as moot.  The Clerk of Courts is directed to close this case.

IT IS FINALLY ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:


/s/ Barbara Rothstein
United States District Judge


cc:    Honorable Maureen P. Kelly
Chief United States Magistrate Judge

James Lamont Johnson
20078-068
Mckean Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 8000
Bradford, PA 16701

All Counsel of Record Via CM-ECF